**AFFIDAVIT**

I, Cody M.W. DeVault, a Task Force Officer (TFO) of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, being duly sworn under oath, hereby depose and state as follows:

1.      I am a law enforcement officer of the United States, and under 18 U.S.C. § 3051. I am empowered by the Attorney General to conduct investigations, enforce criminal, seizure, and forfeiture provisions of the laws of the United States, carry firearms, serve warrants and subpoenas issued under the authority of the United States, make arrests without a warrant for any offense against the United States committed in my presence, and make arrests for a felony offense under the laws of the United States if there are reasonable grounds to believe that the person to be arrested has committed or is committing such a felony.

2.      I have been employed by the Ohio Adult Parole Authority (APA) as a Parole Officer since February of 2022. Since June of 2025, I have been serving as a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am presently assigned to the APA's Akron Region and to ATF's Cleveland Field Office.

3.      I am a graduate of New Employee Orientation at the State of Ohio Department of Rehabilitation and Corrections Training Academy, located in Orient, Ohio. In this training academy, I learned about the supervision of felony offenders as well as conducting investigations, interviews, and execution of arrest warrants.

4.      I was previously employed as a Probation Officer with the Stark County Common Pleas Court Adult Probation Department from March of 2020 to November of 2021.

5.      I received a bachelor's degree in criminology and justice studies from Kent State University in Kent, Ohio.  I have completed numerous specialized training courses through organizations such as the Northeast Counter Drug Training Center, including courses on Gang

Investigations, Open-Source Intelligence Collection, and Firearms Trafficking. I have been trained and certified as a semi-automatic pistol instructor, a Glock pistol armorer, APA Use of Force instructor, and APA Arrest, Search, and Seizure instructor. I have also completed an ATF Joint Law Enforcement Operations (JLEO) TFO program in Atlanta, Georgia, which included training on federal firearms laws and firearms identification.

6.      As an ATF Task Force Officer, I have conducted and/or assisted in numerous investigations involving the possession, distribution, and trafficking of controlled substances, in violation of State and Federal laws. These drug investigations have involved searching persons, electronic devices, social media, residences, and vehicles, for contraband, using both search warrants and consent waivers. During these searches, I have gained experience in identifying controlled substances. I have also gained experience with other contraband commonly associated with illegal drug activity including, cutting agents, narcotics packaging material, drug paraphernalia, counterfeit currency, and other items used in the sale and distribution of controlled substances. I have also gained knowledge that those involved in the distribution of narcotics often utilize electronic devices, such as cellular phones, and social media websites/applications to communicate with their customers and suppliers.

7.      As an ATF Task Force Officer, I have conducted and/or assisted in numerous investigations involving the possession and trafficking of firearms in violation of State and Federal laws, as well as the use of firearms in furtherance of other criminal offenses.  In conducting these investigations, I have utilized a variety of investigative techniques and resources, including but not limited to surveillance, confidential informants, controlled purchases, trash pulls, social media research, electronic databases and interviews. During these investigations, I have learned that firearms are often acquired through third parties, due to the

subjects of investigation being prohibited from legally purchasing firearms. Like drug distribution and trafficking, individuals engaged in illegal firearms trafficking utilize electronic devices, such as cellular phones, and social media websites/applications to communicate with their customers and suppliers.

8.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

9.     On April 15, 2026, during an ongoing narcotics investigation conducted by the Canton Police Department's (CPD) Special Investigations Unit (SIU), a member of the Stark County Metro Narcotics Unit, and Bureau of Alcohol, Tobacco, and Firearms (ATF) personnel observed Davai WOODSON engage in a narcotics transaction. WOODSON's residence was known to law enforcement officers to be **** 7th St NW Canton, in the Northern District of Ohio, Eastern Division.

10.     Officers conducting surveillance of the above listed residence observed WOODSON arrive at the residence in a maroon Nissan Rogue bearing Ohio registration KRQ7031. The registered owner of the Nissan Rogue was found to be Hills Luxury Rentals LLC. Officers then observed WOODSON exit the Nissan Rogue and enter the residence through the front door.

11.     Detection Drevon (CPD244) contacted Confidential Informant (CI) 1207 at an undisclosed location at approximately 1600 hours. CI 1207's person and vehicle were searched and no contraband was located. CPD detectives provided CI 1207 with U.S. currency to purchase

the narcotics from WOODSON. CI 1207 contacted WOODSON by telephone at (330) 205-5740 to schedule a purchase of narcotics. WOODSON told CI 1207 that they would deliver the narcotics to CI 1207's address. CI 1207 was provided with audio and video recording equipment that were operating during the entirety of the controlled purchase.

12. Officers conducted surveillance of CI 1207's residence and Detective Drevon followed CI 1207 until other officers were able to observe CI 1207 park at their residence. A short time later, officers conducting surveillance at WOODSON's residence observed WOODSON exit the residence and begin operating a maroon Nissan Rogue bearing Ohio registration KRQ7031.

13. Officers conducted surveillance of WOODSON from his residence to CI 1207's residence. WOODSON and CI 1207 made contact outside CI 1207's residence. Law enforcement observed WOODSON provide CI-1207 with a package.  After several minutes, WOODSON was observed departing CI 1207's residence headed eastbound, and officers followed WOODSON back to his residence located on 7th St NW.

14. CI 1207 was observed entering their vehicle and was followed to the undisclosed brief location. Detective Drevon again searched CI 1207's person and vehicle and no contraband was located. CI 1207 handed Detective Drevon the package which WOODSON handed to CI 1207 and it contained a white crystal-like substance. CI 1207 returned the audio and video recording equipment, and CI 1207 advised that once WOODSON arrived at their residence, the U.S. currency provided to CI 1207 was exchanged with WOODSON for narcotics. The suspected narcotics were tagged into CPD evidence and submitted to the Stark County Crime Lab for analysis. The tests on the suspected narcotics gave a positive result for methamphetamine. The methamphetamine weighed 230.7 grams per the Stark County Crime Lab report.

## **CONCLUSION**

15.     Based upon the above listed facts and circumstances, I assert there is probable cause to believe that:

A.  On or about the 15th day of April 2026, Davai WOODSON did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21 U.S.C. Section 841(a)(1) and (b)(1)(B).

B.  The above violation was committed in the Northern District of Ohio, Eastern Division. I respectfully request that the Court issue a criminal complaint charging said offense and an arrest warrant for Davai WOODSON.

*Cody DeVault*
_____
Cody M.W. DeVault, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Subscribed and sworn to me this __30th__ day of June 2026 via telephone after submission by reliable electronic means. FED. R. CRIM. P. 4.1 and 41(d)(3).

_____
United States Magistrate Judge
Northern District of Ohio
Eastern Division